UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08MC60328-CIV-MARTINEZ-BANDSTRA

IN RE:
LETTER OF REQUEST FROM THE JUSTICE
OF THE SIXTH FAMILY COURT IN THE
FEDERAL DISTRICT OF MEXICO CITY,

_____/

**ORDER APPOINTING STEFANIE C. MOON AS COMMISSIONER OF COURT TO AID IN COLLECTION OF INFORMATION FOR JUDICIAL PROCEEDING IN THE FEDERAL DISTRICT OF MEXICO CITY**

This CAUSE came before the Court upon an Application for Order Pursuant to Title 28, United States Code, Section 1782 **(D.E. No. 1)**, which was filed by Stefanie C. Moon, the Assistant United States Attorney for the Southern District of Florida on March 10, 2008.  Ms. Moon advises the Court that the Sixth Family Court for the Federal District of Mexico City seeks judicial assistance with interrogatories that are destined for a resident of the Southern District of Florida, Mrs. Andrea Strang.  To that end, the Mexican authorities have filed letters rogatory with the United States Department of Justice  (D.E. No. 1 at 11-23).  Therefore, Ms. Moon petitions this Court to appoint her as a Commissioner of the Court so that she can collect the records and information requested in the interrogatories from the Mexican court.  The Court has carefully reviewed the letters rogatory and the Application from Assistant U.S. Attorney Moon, and is fully advised.  Accordingly, it is hereby:

ORDERED, pursuant to Title 28, United States Code, section 1782, that Stefanie C. Moon, Assistant United States Attorney, is appointed as Commissioner of the Court to take such steps as are necessary to obtain information and copies of records in conformity with the letters

rogatory that the Sixth Family Court in the Federal District of Mexico City filed on June 28, 2006, including issuance of Commissioners' subpoenas; to certify said evidence to the Office of Foreign Litigation, United States Department of Justice, for transmission to the Federal District of Mexico City Sixth Family Court A; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of March, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
AUSA Stefanie C. Moon